UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-1332**

Case Title: **Baugh** vs. **CIA**

List all clients you represent in this appeal:

**Central Intelligence Agency**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Casen B. Ross**      Signature: s/ **Casen B. Ross**

Firm Name: **U.S. Department of Justice - Civil Appellate Staff**

Business Address: **950 Pennsylvania Ave NW**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **202.514.1923**

Email Address: **casen.ross@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17