UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-1332**

Case Title: **Baugh**　　　vs. **CIA**

List all clients you represent in this appeal:

**Central Intelligence Agency**

☐ Appellant　　☐ Petitioner　　☐ Amicus Curiae　　☐ Criminal Justice Act
☑ Appellee　　☐ Respondent　　☐ Intervenor　　　　　(Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Charles W. Scarborough**　　Signature: s/ **Charles W. Scarborough**

Firm Name: **U.S. Department of Justice - Civil Appellate Staff**

Business Address: **950 Pennsylvania Ave NW**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **703-615-8257**

Email Address: **charles.scarborough@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---