UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-1332**

Case Title: **Baugh** vs. **CIA**

List all clients you represent in this appeal:

> **Ryan Baugh**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kel McClanahan**   Signature: s/ **Kel McClanahan**

Firm Name: **National Security Counselors**

Business Address: **1451 Rockville Pike, Suite 250**

City/State/Zip: **Rockville, MD  20852**

Telephone Number (Area Code): **501-301-4672**

Email Address: **kel@nationalsecuritylaw.org**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---