# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
# CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: **25-1332**     Case Manager: **Antoinette Macon**

Case Name: **Baugh v. CIA**

Is this case a cross appeal?  ☐ Yes  ☑ No
Has this case or a related one been before this court previously?  ☐ Yes  ☑ No
If yes, state:
  Case Name: _____  Citation: _____
  Was that case mediated through the court's program?  ☐ Yes  ☐ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

**Central Intelligence Agency**

**Whether the District Court erred when it concluded that the Agency did not violate an Executive Order and its implementing regulations when it refused to provide Appellant with all portions of his investigative file and the records relied upon by the Agency which would not be exempt under the Freedom of Information Act and the Privacy Act before he appeared before the Agency to appeal an adverse security clearance determination.**

**Whether the District Court erred when it concluded that Appellant could not sue to enforce the terms of an Executive Order or its implementing regulations because those authorities included language stating that they did not create any enforceable rights.**

**Whether the District Court erred when it denied Appellant's motion for jurisdictional discovery to ascertain whether the Agency was a proper party defendant.**

**This is to certify that a copy of this statement was served on opposing counsel of record this  23  day of**

_____, **April** , **2025** .     **Kel McClanahan**
                                              Name of Counsel for Appellant