**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 19, 2025

Mr. Casen Ross
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7218
Washington, DC 20530

Re: Case No. 25-1332
*Ryan Baugh v. CIA*
Originating Case No. 2:24-cv-10036

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Kelly Stephens
Case Management Specialist: Antoinette
Direct Dial No. 513-564-7015

cc: Mr. James Bickford
  Ms. Kinikia D. Essix
  Mr. Kel McClanahan
  Mr. Charles W. Scarborough
  Ms. Marcia K. Sowles

Enclosure