UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

## Appearance of Counsel

Appeal No.: **25-1332**

Case Title: **Ryan Baugh** vs. **CIA**

List all clients you represent in this appeal:

**CIA**

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☒ Appellee ☐ Respondent ☐ Intervenor (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

**Casen Ross**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Sonia Carson**    Signature: s/ **Sonia Carson**

Firm Name: **U.S. Department of Justice, Civil Division, Appellate Staff**

Business Address: **950 Pennsyvlania Ave NW**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **202-616-8209**

Email Address: **sonia.m.carson@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---