# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| RYAN BAUGH, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Case No. 25-1332 |
| CENTRAL INTELLIGENCE AGENCY, | * | |
| | * | |
| | * | |
| Appellee. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **APPELLANT'S CONSENT MOTION FOR BRIEF ENLARGEMENT OF TIME**

NOW COMES Appellant to respectfully request a five-day extension, until 18 Febuary 2026, of his deadline for his Opening Brief, which is currently due today, 13 February.

Appellant requests this extension due to excusable neglect. This case has been in mediation for several months, and the vast majority of that time was spent waiting for Appellee to provide a response to Appellant's last settlement proposal, which was submitted on 25 July 2025 and ultimately declined on 13 January 2026. Given that this proposal was literally that Appellee write an agreement memorializing *its own offer*, the undersigned had no reason to believe that further briefing would be necessary, and so he did not spend any time working on this matter.

When the Circuit Mediator unexpectedly advised the undersigned on 13 January that Appellee declined to settle, the undersigned then placed this matter back into his work queue and attempted to work on it alongside his already full schedule. His ability to work *at all* was severely hampered, however, by a major snow and ice storm in the last week of January, which resulted in the total closure of his young children's school for five days and the partial closure for two additional days. After the school reopened on 5 February, he worked diligently to meet his deadlines in this and other cases, but he has been unable to fully do so. He therefore requests an additional five-day extension of his deadline for filing Appellant's Opening Brief, of which four days will be a weekend, a federal holiday on which schools are closed, and an additional day (17 February) on which his children's school will be closed for the Lunar New Year.

The undersigned apologizes for the last-minute nature of this Motion. He delayed filing it as long as possible out of recognition of the Circuit's statement that it "disfavors applications for extensions of time for the filing of briefs." 6 Cir. R. 26(a)(1). He only approached Appellee's counsel last night to request its position on this Motion once it became inevitable that he would not be able to meet the deadline despite his best efforts.

Appellee consents to this Motion.

Date: February 13, 2026

                                    Respectfully submitted,

                                    /s/ Kelly B. McClanahan
                                  Kelly B. McClanahan, Esq.
                                  D.C. Bar #984704
                                  National Security Counselors
                                  1451 Rockville Pike
                                  Suite 250
                                  Rockville, MD  20852
                                  501-301-4672
                                  240-681-2189 fax
                                  Kel@NationalSecurityLaw.org

                                  *Counsel for Appellants*