**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| RYAN BAUGH, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * |
| | * Case No. 25-1332 |
| CENTRAL INTELLIGENCE | * |
| AGENCY, | * |
| | * |
| Appellee. | * |
| | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## APPELLANT'S CONSENT MOTION FOR BRIEF ENLARGEMENT OF TIME

NOW COMES Appellant to respectfully request a one-week extension, until 16 April 2026, of his deadline for his Reply Brief, which is currently due 9 April.

Appellant has good cause to request this extension. The undersigned will be having surgery tomorrow, 7 April, and while he originally intended to complete this Brief before going into surgery so we would not have to work on it while he was recovering, he was unable to do so due to developments in other cases late last week. This extension will allow him to complete his recovery before returning to work.

Appellee consents to this Motion.

Date:  April 6, 2026

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*