**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 07, 2026

Ms. Sonia Carson
Mr. Charles W. Scarborough
950 Pennsylvania Avenue, N.W.
Room 7218
Washington, DC 20530

Mr. Kel McClanahan
1451 Rockville Pike
Suite 250
Rockville, MD 20852

     Re:  Case No. 25-1332
          *Ryan Baugh v. CIA*
          Originating Case No. 2:24-cv-10036

Dear Counsel,

   The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **April 16, 2026**.

                   Sincerely,

                   s/Antoinette

                   Case Management Specialist
                   Direct Dial No. 513-564-7015