**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

RYAN BAUGH,                          *
                                     *
    Appellant,                  *
                                     *
    v.                          *
                                     *    Case No. 25-1332
CENTRAL INTELLIGENCE               *
AGENCY,                            *
                                     *
    Appellee.                   *
                                     *
*    *    *    *    *    *    *    *    *    *    *    *    *

**<u>APPELLANT'S MOTION FOR BRIEF ENLARGEMENT OF TIME</u>**

NOW COMES Appellant to respectfully request a further one-day extension, until 17 April 2026, of his deadline for his Reply Brief, which is currently due 16 April.

Appellant requests this extension due to excusable neglect. The undersigned has been having technical difficulties with his computer for the last few hours which have made typing the final draft of this brief a much slower process than expected. Due to the lateness of the hour, he is forced to continue using this machine to complete this brief, but he cannot complete it by the midnight deadline. He therefore requests this extension to allow him to complete the work after midnight.

Due to the lateness of the hour and the need to file this Motion before midnight, the undersigned is filing this Motion without having obtained a position from Appellee's counsel, although he has requested one. He will provide Appellee's position to the Court when he receives a response.

Date:  April 16, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*