**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 20, 2026

Mr. Kel McClanahan
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852

    Re:  Case No. 25-1332
        *Ryan Baugh v. CIA*
        Originating Case No. 2:24-cv-10036

Dear Counsel,

    Upon consideration of the appellant's motion to extend time to file the reply brief, and further considering the reply brief was filed April 17, 2026, the motion to extend time is GRANTED, the reply brief is accepted as timely filed.

        Sincerely,

        s/Kelly Stephens

        Case Management Specialist: Antoinette
        Direct Dial No. 513-564-7015

cc: Ms. Sonia Carson
    Mr. Charles W. Scarborough

Enclosure