**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
Kelly L. Stephens          POTTER STEWART U.S. COURTHOUSE          Tel. (513) 564-7000
Clerk                      CINCINNATI, OHIO 45202-3988             www.ca6.uscourts.gov


Filed:  July 10, 2026


Ms. Sonia Carson
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7218
Washington, DC 20530

Mr. Kel McClanahan
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852

Mr. Charles W. Scarborough
U.S. Department of Justice
Appellate Staff
950 Pennsylvania Avenue, N.W.
Room 7218
Washington, DC 20530

     Re:  Case No. 25-1332, *Ryan Baugh v. CIA*
         Originating Case No. 2:24-cv-10036

Dear Counsel,

    The Court issued the enclosed opinion today in this case.

    Enclosed are the court's unpublished opinion and judgment, entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

                Sincerely yours,

                s/Cathryn Lovely
                Opinions Deputy

cc: Ms. Kinikia D. Essix

Enclosures

Mandate to issue