**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 01, 2026

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 25-1332
*Ryan Baugh v. CIA*
Originating Case No. 2:24-cv-10036

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely,

s/Kelly Stephens
Case Management Specialist: Antoinette

cc: Ms. Sonia Carson
Mr. Kel McClanahan
Mr. Charles W. Scarborough

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

No: 25-1332

Filed: September 01, 2026

RYAN BAUGH

Plaintiff - Appellant

v.

CENTRAL INTELLIGENCE AGENCY

Defendant - Appellee

MANDATE

Pursuant to the court's disposition that was filed 07/10/2026 the mandate for this case hereby issues today.

COSTS: None